**Jeffrey Alan OLSON, Appellant,**

v.

**Gerald O. WILLIAMS, Attorney at Law; Kevin S. Burke, Honorable Chief Judge, State of Minnesota; Kathleen Blatz, Honorable Chief Judge; James M. Rosenbaum, Honorable Chief Judge, United States District Court; William H. Rehnquist, Honorable Chief Judge, Appellees.**

No. 05–1284.

United States Court of Appeals, Eighth Circuit.

Submitted May 6, 2005.

Decided May 9, 2005.

Jeffrey Alan Olson, Lake Crystal, MN, pro se.

Bryon Glen Ascheman, Burke & Thomas, St. Paul, MN, for Appellees.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

Jeffrey A. Olson appeals the district court's[1] dismissal of his civil complaint for failure to state a claim. After de novo review, we conclude dismissal was proper. *See Smith v. Boyd,* 945 F.2d 1041, 1042–43

---

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

(8th Cir.1991), Accordingly, we affirm. *See* 8th Cir. R. 47B.